RECEIVED
IN LAKE CHARLES, LA

APR - 2 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| THE UNOPENED SUCCESSION OF SOPHIA OLSEN MOUNT, DALE B. MOUNT AND BARBARA T. MOUNT | : | DOCKET NO. 06-2122 |
| VS. | : | JUDGE MINALDI |
| ALLSTATE INSURANCE CO. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that plaintiffs' motion to remand [doc. # 10] be, and it is hereby GRANTED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _____ day of _____, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE